MKB:TRS
F.#2006R01474

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

EDWIN ORTIZ,

          Defendant.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 06-728 (S-1)(JG)
(T. 18, U.S.C., §§ 751(a)
 and 3551 et seq.)

THE GRAND JURY CHARGES:

        On or about July 21, 2006, within the Eastern District of New York, the defendant EDWIN ORTIZ did knowingly and intentionally escape from the custody of the United States Attorney General and his authorized representative and from an institution and facility in which he was confined by direction of the United States Attorney General, which custody was by virtue of a conviction for a felony offense, to wit: conspiracy to

distribute and possess with intent to distribute heroin, in violation of Title 21, United States Code, Section 846.

(Title 18, United States Code, Sections 751(a) and 3551 et seq.)

A TRUE BILL

FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

2

F. #2006R01474

FORM DBD-34

JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

EDWIN ORTIZ,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 751(a) and 3551 <u>et</u> <u>seq.</u>)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

_____

*Tanisha R. Simon, Special Assistant U.S. Attorney (718-254-6358)*

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1.  Title of Case: **United States v. Edwin Ortiz** (Supercede)

2.  Related Magistrate Docket Number(s): ~~06~~ *06*-MJ-0809

    None ( )

3.  Arrest Date: **10/5/06**

4.  Nature of offense(s):  ☒   Felony
                          ☐   Misdemeanor

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):  _____

    _____

6.  Projected Length of Trial:   Less than 6 weeks    (X)
                                 More than 6 weeks    ( )

7.  County in which crime was allegedly committed: Brooklyn
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?    ( ) Yes  (X) No

9.  Have arrest warrants been ordered?    ( ) Yes  (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By:   *Tanisha Simon*
      Tanisha R. Simon
      Special Assistant U.S. Attorney
      718-254-6358

Rev. 3/22/01